

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00015-CV

## IN RE DWYER FRANCHISING LLC D/B/A NEIGHBORLY

**Original Proceeding**

**From the 414th District Court
McLennan County, Texas
Trial Court No. 2022-2066-5**

---

## MEMORANDUM OPINION

---

Relator's Petition for Writ of Mandamus, filed on January 10, 2023, is denied.

This Court's stay of the trial court's Order Transferring Venue and the remainder

of the underlying proceeding, issued on January 11, 2023, is lifted.


                        TOM GRAY
                        Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Stay lifted
Opinion delivered and filed March 15, 2023
[OT06]

